JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM MALDONADO, | CV 21-6816 PA (MAAx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| WEST WHITTIER PLAZA, LLC, | |
| Defendant. | |

Pursuant to the Court's January 20, 2022 Minute Order, which denied the Motion for Default Judgment filed by plaintiff Miriam Maldonado ("Plaintiff") against defendant West Whittier Plaza, LLC ("Defendant"), it is HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's action is dismissed without prejudice for lack of Article III standing.

DATED: January 20, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE